# Exhibit 1

Verein: Human Rights Defenders
Postfach 118
CH-9606 Bütschwil SG
Tel.:    +41 (0)76 690 12 13
Email:  human-rights-defenders@gmx.ch
HP:     www.human-rights-defenders.com

Bütschwil / SG, den 01. Dezember 2017

EINSCHREIBEN
Eidgenössisches Finanzdepartament
Generalsekretariat EFD / Rechtsdienst
Lic. iur. Lukász Nósek
CH-3003 Bern BE, Bundesgasse 3

**Wir wünschen die Einleitung eines Staatshaftungs-Verfahren und vor allem die baldige Auszahlung von 300M$ + 5% Zinsen gm. Schweizer Staatshaftung (dazu verweise ich auf meine 2x Gutachten)**

Sehr geehrter Herr lic. iur. Lukasz Nosek

Für mich sind die Bundesräte die höchste Instanz in der Schweiz. Ich verstehe von Politik wenig. Ich bin nur ein einfacher Wähler. Das war ein Komplott und beteiligt haben sich Alle. Dazu gehört also auch die Bundesversammlung, aber sicher auch alle Notariate & Grundbuch-Ämter und insbesondere alle Schweizer Banken. Wozu hatten diese 1989 Rechtsabteilungen mit gut ausgebildeten Juristen ?!

Bitte informieren Sie, wie versprochen (zur allfälligen Stellungnahme), den aktuellen Bundesrat über meine hängige 1.50B$ US-Fla. Schadens-Ersatz-Klage = Kein Votum gegen die Schweizer Politik/er von heute. Oder gar gegen (auch) meine Heimat ! Aber sowas (der BV-Betrug) darf nie mehr passieren.

Für diesen Verfassungs-Betrug will/wollen ich/wir schlicht und ergreifend (noch in diesem Leben) entschädigt werden. Für die UBS die mich auch nach fast 30 Jahren noch belangen wollte (Beilage: Betreibung -zu Unterbrechung der Verjährung = Der casus belli), konnte man mittels Notrecht auch über Nacht 800B$ locker machen. In den USA wird es dann wesentlich teurer (s. Image & Publicity).

CH-9606 Bütschwil / SG, den 01. Dezember 2017

Giuliano Stefano Wildhaber Präsident
Zweifach (mit Kopie direkt an den BR)

Beilage unsere US-Klage:

Unsere Klage wurde angenommen am 13. November 2017 = Akten-Nummer: CASE NO.: CACE-17-020646 und ist hängig.

1 Exemplar von 28x SUMMONS vom NOV 27-2017 = gesiegelt vom Circuit Court of the 17th Judicial Circuit in and for Broward County Court, 33324 Florida, USA. Alle zugestellt !

Deckblatt Rechtsgutachten / Legal Opinion zur Volksinitiative = Sperrfristenbeschluss mit Hinweis zum downloaden.

Deckblatt Rechtsgutachten / Legal Opinion Schadensersatz-Klage in den USA-Fla. aufgrund des ATCA mit Hinweis zum downloaden unter www.gsw-global-consult.com.

Abstimmungs-Resultate gemäss gfs vom 04. Dezember 1988 + Bundesarchiv-Auszüge über das Dekret vom 06.10.1989

Antrag auf die Gutheissung unserer 300M$ + Zinsen Forderung von effektiv 726M$ ausgewiesen

IN THE CIRCUIT COURT OF THE 17th
JUDICIAL CIRCUIT IN AND FOR
BROWARD COUNTY, FLORIDA

Giuliano Stefano Wildhaber et al

CASE NO: CACE-17-020646

Plaintiffs.

vs.

Aargauische Kantonalbank
Appenzeller Kantonalbank
Banca Dello Stato del Cantone Ticino
Banque Cantonale de Fribourg
Banque Cantonale de Genève
Banque Cantonale du Jura
Banque Cantonale du Valais
Banque Cantonale Neuchâteloise
Banque Cantonale Vaudoise
Basellandschaftliche Kantonalbank
Basler Kantonalbank
Berner Kantonalbank
Credit Suisse AG (CS Bank)
EBK–Eidgenoessische Bankenkommission (FINMA)
Eidg. Finanzverwaltung - EFV
Glarner Kantonalbank
Graubündner Kantonalbank
Luzerner Kantonalbank
Nidwaldner Kantonalbank
Obwaldner Kantonalbank
Schaffhauser Kantonalbank
**And Schwyzer Kantonalbank**
St. Galler Kantonalbank
Thurgauer Kantonalbank
UBS Bank (UBS AG)
Urner Kantonalbank
ZKB Bank (ZUERCHER KANTONALBANK)
Zuger Kantonalbank

Defendants.

_____/

## SUMMONS

THE STATE OF FLORIDA:

TO HUMAN RIGHTS DEFENDERS INC. (Register Nr.: P15000084205), US-FL 33324, Plantation, 1200 S
Pine Island RD: YOU ARE COMMANDED to serve this Summons and a copy of the complaint/petition
in this lawsuit on the following defendant:

**Schwyzer Kantonalbank**
Bahnhofstrasse 3, Postfach 263
CH-6431 Schwyz / SZ
Tel. +41 58 800 20 20,
www.szkb.ch , www.e-hypo.ch

1

CASE NO. CACE-17-020646

### IMPORTANT

A lawsuit has been filed against you. You have 20 calendar days after this Summons is served on you to file a written response to the attached Complaint/Petition with the Clerk of this Court, Broward County Courthouses, 100 North Pine Island Road, Plantation (Broward County, Florida) 33324 (USA). A phone call will not protect you. Your written response, including the case number given above and the names of the parties, must be filed if you want the Court to hear your side of this case. If you do not file your response on time, you may lost the case, and your wages, money, and property may thereafter be taken without further warning from the Court. There are other legal requirements. You may want to call an attorney right away. If you do not knwo an attorney, you may call an attorney referral service or a legal aid office (listed in the phone book).

If you choose to file a written response yourself, at the same time you file your written response to the Court you must also mail or take a copy of your written response to the Plaintiffs named below with this correct adress:

Giuliano Stefano Wildhaber
P.O. Box 118
CH-9606 Bütschwil / SG
Phone: +41 76 690 12 13
Email: g.wildhaber@gmx.ch

DATED on: _                              NOV 27 2017

Brenda D. Foreman
Clerk of the Court

By: _____
As Deputy Clerk

**BRENDA D. FORMAN**

IN THE COURT OF THE SEVENTEENTH JUDICIAL CIRCUIT

IN AND FOR FOR THE BROWARD COUNTY COURTHOUSE OF FLORIDA

Giuliano Stefano Giovanni WILDHABER et. al        COMPLAINT – CLASS ACTION

P.O. Box 118

CH-9606 Bütschwil SG                    DEMAND FOR JURY TRIAL

Plaintiffs,

vs.

1. **EFV (on behalf of) for the 7x „Private Actors" from 1989 from the SWISS-Government-Staff.** Bundesräte: 1. Adolf Ogi (SVP) 2. Kapar Villiger (FDP) & 3. Jean-Pascal Delamuraz (FDP), 4. Arnold Koller (CVP) & 5. Flavio Cotti (CVP) und 6. Otto Stich (SP) & 7. René Felber (SP). Address: Eidg. Finanzverwaltung EFV, Bundesgasse 3, CH-3000 Bern BE (i.V. State-Guarantor)

and

**DEUTSCHE SCHWEIZ - (RD = Right Department & CEO) = All Primary Parties:**

2. **ZKB Bank large rights department & CEO's & Staff of the ZKB (ZUERCHER KANTONAL-BANK).** Address: Bahnhofstrasse 9, CH-8010 Zürich ZH, www.zkb.ch

and

3. **UBS Bank (UBS AG) large rights department (RsD) and CEO's & Staff 1989 of the UBS.** Adress: Banhofstrasse 45, CH-8001 Zürich / ZH, www.ubs.com/ch/de.html

and

4. **Credit Suisse AG (CS Bank) large rights department and CEO's & Staff 1989 of the CS.** Adress: Bahnhofstrasse 32, CH8001 Zürich / ZH, https://www.credit-suisse.com/ch/

and

5. **Aargauische Kantonalbank** right department & CEO, Bahnhofplatz 1, CH-5001 Aarau / AG Tel. +41 62 835 77 77, www.akb.ch

and

6. **Appenzeller Kantonalbank (RD & CEO),** Bankgasse 2, Postfach, CH-9050 Appenzell / AI Tel. +41 71 788 88 88, www.appkb.ch

and

7. **Basellandschaftliche Kantonalbank (RD & CEO),** Rheinstrasse 7, CH-4410 Liestal / BL Tel. +41 61 925 94 94, www.blkb.ch

and

8. **Basler Kantonalbank (RD & CEO),** Aeschenvorstadt 41, Postfach, CH-4002 Basel

1

Tel. +41 61 266 33 33, www.bkb.ch

and

9. **Berner Kantonalbank** (RD & CEO), Bundesplatz 8, CH-3011 Bern / BE

Tel. +41 31 666 18 80, www.bekb.ch

and

10. **Glarner Kantonalbank** (RD & CEO), Hauptstrasse 21, CH-8750 Glarus / GL

Tel. +41 844 77 37 73, www.glkb.ch

and

11. **Graubündner Kantonalbank** (RD & CEO), Postplatz, Postfach, CH-7001 Chur / GR

Tel. +41 81 256 96 01, www.gkb.ch

and

12. **Luzerner Kantonalbank** (RD & CEO), Pilatusstrasse 12, Postfach, CH-6002 Luzern / LU

Tel. 0844 822 811, www.lukb.ch

and

13. **Nidwaldner Kantonalbank** (RD & CEO), Stansstaderstrasse 54, CH-6370 Stans / NW

Tel. +41 41 619 22 22, www.nkb.ch

and

14. **Obwaldner Kantonalbank** (RD & CEO), Rütistrasse 8, Postfach, CH-6061 Sarnen / OW

Tel. +41 41 666 22 11, www.owkb.ch

and

15. **Schaffhauser Kantonalbank** (RD & CEO), Vorstadt 53, CH-8201 Schaffhausen / SH

Tel. +41 52 635 22 22, www.shkb.ch

and

16. **Schwyzer Kantonalbank** (RD & CEO), Bahnhofstrasse 3, Postfach 263, CH-6431 Schwyz / SZ

Tel. +41 58 800 20 20, www.szkb.ch , www.e-hypo.ch

and

17. **St. Galler Kantonalbank** (RD & CEO), St. Leonhardstrasse 25, CH-9001 St. Gallen / SG

Tel. 0844 811 811, www.sgkb.ch

and

18. **Thurgauer Kantonalbank** (RD & CEO), Bankplatz 1, Postfach, CH-8570 Weinfelden / TG

Tel. 0848 111 444, www.tkb.ch

and

19. **Urner Kantonalbank** (RD & CEO), Bahnhofstrasse 1, CH-6460 Altdorf / UR

Tel. +41 41 875 60 00, www.ukb.ch

20. **Banque Cantonale du Valais** (RD & CEO), Place des Cèdres 8, CH-1951 Sion / VS

    Tel. 0848 952 952 (D) + Tel. 0848 765 765 (F), www.bcvs.ch

and

21. **Banque Cantonale de Fribourg** (RD & CEO), Boulevard de Pérolles 1, CH-1701 Freiburg / FR

    Tel. 0848 352 352, www.bcf.ch

and

22. **Zuger Kantonalbank** (RD & CEO), Bahnhofstrasse 1, Postfach, CH-6301 Zug / ZG

    Tel. +41 41 709 11 11, www.zugerkb.ch

    SUISSE ROMAND:

and

23. **Banque Cantonale de Genève** (RD & CEO), Quai de l'Ile 17, CP 2251, CH-1211 Genève 2 / GE

    Tel. +41 58 211 21 00, www.bcge.ch

and

24. **Banque Cantonale du Jura** (RD & CEO), Rue de la Chaumont 10, CH-2900 Porrentruy / JU

    Tel. +41 32 465 13 01, www.bcj.ch

and

25. **Banque Cantonale Neuchâteloise** (RD & CEO), Place Pury 4, CH-2001 Neuchâtel / NE

    Tel. +41 32 723 61 11, www.bcn.ch

and

26. **Banque Cantonale Vaudoise** (RD & CEO), Case postale 300, 1001 Lausanne / VD

    Tel. 0844 228 228, www.bcv.ch

    SVIZZERA ITALIANA + UPPER SUPERVISORY ABOUT THE SWISS FINACIAL SECTOR (1989-2017):

and

27. **Banca Dello Stato del Cantone Ticino** (RD & CEO), Viale H. Guisan 5, CH-6500 Bellinzona / TI

    Tel. +41 91 803 71 11, www.bancastato.ch

and

28. **EBK**–Eidgenoessische Bankenkommission **(FINMA)**, Laupenstrasse 27, CH-3003 Bern / BE

    Tel. +41 31 327 91 00, www.finma.ch = Upper supervisory = Have to keep the Constitution

**Defendants,**

                                   **CASE NO:** _____

                  UNDER: 28 U.S. CODE § 1350 – ALIEN'S ACTION FOR TORT

    /

**SUMMONS**

**THE STATE OF FLORIDA:**

**WE PLAINTIFFS ARE COMMANDED** to serve this summons and a copy of the complaint or petition in this action to al this **Defendants 1. EFV (Eidg. Finanzverwaltung) + 2. ZKB (ZUERCHER KANTONAL-BANK) + 3. UBS (UBS AG) + 4. CS Bank + other 22x Swiss-Kantonal-Banks + 1x EBK / FINMA.**

**ADDRESSES:** -  According to the above adresses from Number 1 to Number 28.

The district courts shall have original jurisdiction of any civil action by an alien for a tort only, committed in violation of the law of nations or a treaty of the United States.

(June 25, 1948, ch. 646, 62 Stat. 934.)

Each Defendant is required to serve written defenses to the complaint or petition on Giuliano Stefano Giovanni WILDHABER, P.O. Box 118, CH-9606 Bütschwil SG, **within 90 days** after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, **Broward County Courthouses, 100 north pine island road, Plantation (Broward County, Florida) 33324 (USA)**, either before service on Plaintiffs' or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

**DATED on** _____

As Clerk of the Court  _____(Name)

## COMPLAINT

**COME NOW** Giuliano Stefano Giovanni WILDHABER et. al , sue Defendants **EFV (on behalf of the 7x State Actors from 1989, as State Gurantor) + ZKB + UBS + CS + and 22 Cantonal Banks + EBK / FINMA** for a money compensation of 1.50Billion$ for our lost assets and for a cause of action alleges that:

### JURISDICTION AND PARTIES

1. The Court has jurisdiction (e.g. "long arm statute") in this matter because this is an action for money damages in excess of $15,000.00, excl. of court costs, interest, and attorney's fees.

2. The Plaintiffs, Giuliano Stefano Giovanni WILDHABER et. al was 1989 residents and also tax-payers of US-Florida and sui juris.

4

3. The Plaintiffs have in this action posted the requisite of a damage over **726 M$** + 5% p.a. interest up 01.12.2016 and also 2-3x « punitiv damage » under the « aliens tort claim act ».

4. Defendants, EFV (on behalf of the 7x State Actors, as State Gurantor) + ZKB + UBS + CS + and all 22x CH-Kantonal-banks + EBK/FINMA, hereinafter « EFV & ZKB & UBS & CS et. Al », are 7x Swiss State-Actors of Swiss Gov. (see the names) and Staff of Swiss Banks e.g. Staff from the Swiss banks always had and have still very large rights departments and all did this time and are still doing business also in the USA.

5. Venue is appropriate in this County, because we had properties, which became a part of the subject of this litigation and some Plaintiffs made holydays and paid even taxes in this county.

### FACTS GIVING RISE TO CLAIMS

**Voters initiative (124.1988) - Blocking any real estate deal retroactively (10.06.1989)**

6. **On december 4, 1988, the Swiss Voters initiative « City-Country-Initiative » against soil speculation,** which had been constructed from the socialist toolbox, failed to intervene in the residential and land market with compulsory regulations and prohibitive taxes.

7. **This initiative was clearly rejected by 70% NON votes,** both by the people and **by 100% the states.** On this occasion, many callers after the strong state were aware that they themselves belong to the profits of the relatively free trade, that they themselves have already furnished themselves comfortably and comfortably in their pretty houses, or that they live in anticipation of such an inheritance. For effective landowners, the rejection rate was 81-83% (see the "gsv study"). That meens, that the Federal Constitution requires that the decisions taken by the people (70%) and the cantons (100%) by voting **must be implemented by law within a period of five years. Then to decide the 100% opposite was total criminal.**

8. **On 10.06.1889 (just - only 9 months later), the Federal Council decided to issue an urgent decision on the vesting period on exactly 100% the same subject but 100% against the will of the people (voters).** In the version of 6 october, 1989, non-agricultural lands and houses (« non agricultural » was a very tricky formulation, so people didn't realise immediately the true intention and the real meening « every house » can not be sold ...) can not be sold either as awhole or in parts after five years of acquisition (Article 1 (1) BBSG, AS 1989, p. 1974).

9. **Serious:** As a sale, not only is a contract for the transfer of property, but also "any other legal transaction which is economically equivalent to such a contract" (Article 1 (2) BBSG), and the "justification" of the right to purchase (Art. 2 lit. a BBSG).

10. The executive committee of the **GSW Global Consult Inc.** commissioned me to address the question of how the non-enforcement of this "city-country initiative against soil speculation" of 12.04.1988 on the urgent federal decision of 10.06.1989, with which well-minded 180 ° diametrically contrary to the result set by the elector of 12.04.1988 is legal or a criminal act.

5

11. **In particular,** how this urgent federal decision of 10.06.1989 deals with the constitutional prohibition of non-use your real estate property and the prohibition of arbitrary actions, and if it's compatible **with the constitutional guarantee of property, freedom of trade and the principle of good faith.** For it would be forbidden for every homeowner to sell his own property overnight without a 5-year vesting period and that even retroactively. **Crazy !**

12. Very important: **Due to the all National (CH) and also International (USA and EU) Right State Rules, the effects of a statutory procedure prior to its adoption are prohibited.**

13. The biggest „Swiss Constitutional Fraud" ever = Was the illegal decree from **10.06.1989** ! We have a „Legal Opinion" from January 21, 2017, around all the facts,

   a) hereinafter the « **GSW Legal Opinion** », is attached hereto as **Exhibit "B"**, and also attached the « **Sperrfristen-beschluss from 10.06.1989** » from the official Swiss Gov. data base, hereto as **Exhibit "O"**, and both incorporated herein by reference.

14. Swiss citizens' rights are defined as those rights that enable the citizens to decide on political issues (final-votes). They are part of the most important political rights and form the core of direct democracy. The national constitution provides that the people have the opportunity to make proposals for the revision of constitutional and legal provisions by a "Volksinitiative". **The Federal Constitution requires that the decisions taken by the people by voting must be implemented by law within a period of five years.** That's the big fraud = From **100% NO** the 7x federal committees (7x « Bundesräte ») from the Swiss Gov made only 9 monthes later an **100% YES.** In secret vote with a majority of 4 to 3 (guess 2 from SP and 2 from CVP party). That can be proofed even today in 10 minutes because all was and is still public.

15. 19 Swiss Citizens (4x Swiss families with their children – lost heritages) – made a « **contracts of assigment** » for all their clearly defined lost assets (e.g. real estates with land registry entries) and goods in Switzerland and in the USA-Florida in the 90is, this with Giuliano Stefano Giovanni WILDHABER and also one of the victims. He complains for us all as CLASS.

## COUNT I – DECLARATORY RELIEF – GENERAL

16. The 19 Swiss Citizen (4x Swiss families + 13 children, e.g. the 4 fathers) was from the 70is-80is in the Swiss and US-real estate business (in Florida with 3 Golf Resorts) and real estate contructors in all Switzerland (german-, italian and french part). 1 Swiss family (S.v.K.) had 3 constructer companies with about 120 employers, a biscuit factory and more then 90 family-houses in all Switzerland. 1 Swiss family (W.B.) 10 constructions-companies & real estates (1'000 employers). 1 Swiss family (O.H.) had Hotels in Zürich & Lugano and had also a lot of family houses in all Switzerland. All famlies lived before in own nice privat villas (all lost).

1 Swiss family (G.W.&R.W.) lived in a lakeside villa,  near Zürich, 5 miles from the famous « Bahnhofstrasse » on the lake of Zürich. They owned also a lot of family-houses. Important in this case is the fact, that all 4x families was engaged in business in Florida (2x lakefront houses and Appartments at Orlando). 3 children (G.W.) visited privat Swiss American Schools.

6

This ca. **720M\$: W.B. 430M\$ + S.v.K. 220M\$ + O.H. 40M\$ + G.W. 36M\$)** by reference as **Exhibit«C»)** assets & goods was lost as the consequences of the biggest Swiss constitutional fraud ever in the Swiss history = The « constitutional broke » from the october 6, 1989.

a) All of this « 2 »/4/9 curriculum vitae are togehter in the **« Curriculum vitae Documents »** who is attached hereto as **Exhibit « D »** and incorporated herein by reference.

b) **This US-Fla.-lost assets** (Tampa the "Quail Ridge Golf & Country Club", tennis courts and 350 house construction parcels) hereinafter are in the the list **« Lost Assets Documents»**, who is attached hereto as **Exhibit « E »**and incorporated herein by reference (3 resorts).

17. The Plaintiffs have all the time in their life been ready, willing, and able to perform always and only under the Law and Constitution of Switzerland. They never maid anything wrong. They was very good tax payer. All Swiss have nice families and well educated children. The 3 daughters (G.W.) of 1 Swiss family even visited in Switzerland differents privat International American Schools. All became victims of a corrupt Gov staff and against any logic and law.

WHEREFORE, the Plaintiffs Giuliano Stefano Giovanni WILDHABER et. al respectfully demand money judgment for « compensatory damage » **of realy lost assets up 1989 726M\$ = are more then a value of 1.50B\$ today,** adjusted for 27 years inflation + 5% interest p.a. up 12.08.2016. With this procedure « Betreibung », we were able to interrupt the 20 years Swiss time limitation dead line correctly by the formalism Swiss statute rules. Up the new limitation law from 1997 after 20 years we had to interrupt with a « Betreibung ». So the 300 M\$ as a basic 1989 legal title is now thus still valid.

## COUNT II – DECLARATORY RELIEF – ATS (ATCA)

18. Definition of ATS or ATCA: The US Alien Tort Statute (ATS), or the Alien Tort Claims Act (ATCA), states that claims based on US civil law are in the United States Courts can be negotiated and disputed, even if the parties are not of American nationality and the events which constitute the legal basis have not been held on US soil. However, this applies expressly only to violations of international law or to a state contract in which the USA is one of the contracting parties.

19. Responsibilities: Politician as a damaging of the state = "Private actor" cases: Individuals as malware in their functions as e.g. politician. As stated in the previous section, the procedural hurdles resulting from the "act of state" and "political question" doctrine are difficult obstacles to overcome. Consequently, the applicants have mainly applied their actions based on the ATCA to "private actors", e.g individuals and transnational companies (banks).

20. Nevertheless, the applicant must fulfill certain conditions in his person in order to be admitted to the court by his action. The main feature of the plaintiff is that he is not a US citizen but an "alien" or "foreigner", as is expressly stated in the grammatical and teleological interpretation of the ATCA, which consequently means that ATCA complaints are always "wrongs committed [...] against foreigners ". United States citizens can not rely on this standard - in contrast to the TVPA, which also gives US citizens a legal possibility.

7

21. In summary, as already explained, one can start from a valid active legitimation if "(1) a foreigner (alien) sues (2) for any tort (3) e.g in violation of human rights. According to ATCA jurisprudence and doctrine, it is clear from the applicants in casu that a valid active legitimation. "(1) a foreigner (alien) sues (2) for any tort (3) is committed in the case of international law. See 28 U.S.C. § 1605(a)(3) (permitting claims to be brought against foreign states in certain cases "in which rights in property taken in violation of int. law are in issue")

22. If the court in question tests whether the "Act of State" doctrine is actually applied, then it will also need to examine whether the foreign sovereign (in Switzerland effectively the people) has acted in the general interest of his home country. What can be denied. A completely contradictory decree and against any economic logic (see· an· additionally provoked market shortage of the "commodity" property). That made everything only worse.

a) The « **ATS (ATCA) Legal Opinion Document** » concerning the interpretation of the US-Federal law by apply « aliens tort claim act », e.g. 28 U.S. CODE § 1350 – AllEN'S ACTION FOR TORT is attached hereto as **Exhibit « G »** and incorporated herein by reference.

## COUNT III – INTERNATIONAL OBLIGATIONS

23. International obligations:        **Swiss Federal Constitution**

a) **Article 5 (4):** The Swiss Confederation and the 26 cantons observe international law. The Federal Constitution is above international law and is subject to it, subject to the mandatory provisions of international law. Those provisions which are accepted and recognized by the international community as a whole in accordance with the Vienna Convention on the Law of Treaties as amended by the Vienna Convention on 23 May 1969, shall be deemed to be provisions which may not be derogated from, The determination of the general international law of the same legalsystem.

b) **Art. 56a:** The Swiss Confederation and the 26 cantons have no obligations under international law that are (e.g.) contrary to the Federal Constitution. In the event of a conflict, they shall ensure that the obligations under international law are adapted to the requirements of the Federal Constitution, if necessary by terminating the international treaties concerned. The mandatory provisions of international law are reserved.

c) International obligations: **According to Article 17 of the Universal Declaration of Human Rights of 1948, the right to property is a human right.** According to Article 14 of the Basic Law (Germany), the property guarantee is an elementary fundamental right and is also subject to Article 17 of the EU fundamental rights charter (see the Swiss bilateral treaties with the EU). It is also referred to in the **ECHR in Article 1** of the first Additional Protocol.

d) **In Art. 59 GG i.V.m. The first protocol of the ECHR, the property is recognized even in the sense of a regional peoples international custom human right.** In Switzerland, there is also a

8

property guarantee listed in the Federal Constitution Chapter 1, Fundamental Rights, under Article 26.

Swiss constitution property guarantee:

1. Paragraph 1 **The property is guaranteed.**

2. Paragraph 2 **Expropriations and property restrictions, which are equivalent to expropriation, are fully compensated.**

24. A **"cold expropriation"** is understood as meaning a measure (by law or administrative act) which leads to de facto depriving persons of their property or by depriving them of their property in the value of their property, without actually being expropriated in the legal sense. This was exactly the case with the urgent federal decision in the version of 6 October 1989. (Article 1 (1) BBSG, AS 1989, p. 1974). **Investment provisions in CETA:** The restrictions imposed by the prohibition of indemnity-exempt, expropriate measures in Article X.11 (1) CETA are far more interesting than the rules on direct expropriation.

## COUNT IV - THIS COURT SHOULD RECOGNIZE THE PRIVATE ATTORNEY

25. « **GENERAL DOCTRINE AS A BASIS FOR ATTORNEYS' FEES** »: Although Florida follows the "American Rule," under which litigants pay their own attorneys' fees unless there is a contract or statute allowing for recovery of fees, e.g., Fla. Patient's Comp. Fund v. Rowe, 472 So. 2d 1145, 1147 (Fla. 1985), this Court should recognize an exception to this rule and take this opportunity to adopt the common law private attorney general doctrine followed in other jurisdictions. **"The purpose of the doctrine is to promote vindication of important public rights (e.g. CH-Constitution)."** Arnold v. Ariz. Dep't of Health Servs., 775 P.2d 521, 537 (Ariz. 1989) (en banc) (quotation omitted). Courts that have adopted the doctrine generally consider three factors in awarding fees under it: (1) "the strength or societal importance of the public policy vindicated by the litigation," (2) "the necessity for private enforcement and the magnitude of the resultant burden on the plaintiff," and (3) "the number of people standing to benefit from the decision." Serrano v. Priest, 569 P.2d 1303, 1314 (Cal. 1977).

26. As such, numerous jurisdictions have recognized the doctrine in contexts where "the (e.g. Swiss Gov. e.g. the 7x named Privat Actors) government, for some reason, fail[ed] to properly enforce interests which [were] significant to its citizens." Montanans for Responsible Use of Sch. Trust v. State ex rel. Bd. of Land Comm'rs, 989 P.2d 800, 811 (Mont. 1999). **As explained more fully in part above and below, this litigation is the quintessential example of a case in which the private attorney general doctrine should be applied.**

27. The American Rule is a judicially-created doctrine. It is based primarily on the equitable principle that parties «should not be penalized for merely defending or prosecuting a lawsuit» **because that might cause «the poor» [to] be unjustly discouraged from instituting actions to vindicate their rights[.]"** Fleischmann Distilling Corp. v. Maier Brewing Co., 386 U.S. 714, 717 (1967). In constraining the circumstances in which fees are available, courts are

also concerned that the "time, expense, and difficulties of proof" involved in resolving fee claims in every case "would pose substantial burdens for judicial administration." Id.

28. As a creature of common law, however, the American Rule can – and often does – yield when competing policy or equitable considerations outweigh the principles on which it is based. Florida courts, for example, have permitted awards of attorneys' fees without a contractual or statutory basis in cases involving bad faith litigation conduct, Moakley v. Smallwood, 826 So. 2d 221, 223-24 (Fla. 2002); creation of a common fund, Tenney v. City of Miami Beach, 11 So.2d 188, 190 (Fla. 1942); litigation necessitated by the wrongful act of the defendant, Martha A. Gottfried, Inc. v. Amster, 511 So. 2d 595, 598 (Fla. 4th.DCA 1987); 2007 partnership accountings, Larmoyeux v. Montgomery, 963 So. 2d 813, 818-22 (Fla. 4th DCAO).

### CONCLUSION

29. Plaintiffs have enforced – and continue to enforce – a constitutional right vital to the CH-democracy while Swiss public enforcers have absolute refused to act (e.g. « Betreibung »). This Court should join other jurisdictions in recognizing the private attorney general doctrine and award plaintiffs their complaint - and sue - and attorneys' - fees under the doctrine.

30. WHEREFORE, the Court should grant the applicants the defense of all the legal fees and proceed to the judicial procedure for determining the appropriate amount.

### COUNT V - BREACH OF CONSTITUTION

31. This makes it clear that the doctrine can not be a shield for illegal activities. An act of a official or politician (Decree of 6th october 1998) which violates the legal order of his home country or international law (the clear popular vote-will of 4th december, 1988) is not an act of state statement. A classic « cold expropriation » took place on october 6, 1989 (exclusion period) through the « back door » , see the 100% negation of the voters-will in the « Stadt / Land Initiative » (12.04.1988), and this only 9 Months after. Incredibly cheeky.

32. Assuming that « tomorrow », 11.04.2017, a similar decree « over night » and « retroactive » in Berne would be issued and parallel to increase the mortgage rate to 8.50% until 10.00%, then we would be exactly the same as in the year 1989. The « whole » Switzerland (1000s = thousands of companies and privates) would then go a second time bankrupt, see the « Spar und Leihkasse Thun » and SVB bankruptcy and all the bad public statitics in the 90is usw.

33. This is, and was, effectively predictable (very simple, pure logic), which proves that the expropriation of houseowners was the target. All in a typically Swiss manner (subtle).Not the official « casus belli » to fight against speculation. This question was declined already by 70% of the Swiss voters. The expropriation by socialists succeeded. We 9 victims didn't forget it.

34. From a legal perspective, the massive restrictions on the ownership of property contained in an urgent decision in the version of 6th october, 1989 should therefore be categorically rejected. The economy system works similarly as the ecology system. Such massive system interventions are never going well.

35. From a historical point of view, this lonely decision (10.06.1989) against the „will of the people" from 12.04.1988 was devastating for the entire Swiss national economy. And against any economic logic. For no artificial shortage of the "commodity" property, the entire Swiss economy stood practically for ten years still. But only the expansion of the housing supply, so build a lot and high, would have solved the problem per se within a very short time. That would have been the solution, and certainly not crash a whole Swiss economy against the betonwall by this very strange and criminal constitutional decree from october 6, 1989.

36. The figures & facts are fortunately 100% and liquid to proof, as all information is publicly available. The constitutional break from the october 06, 1989 can very easily be proved. **There is no constitutional court in Switzerland,** that's way we have to procede in the USA.

    a) The official « Stadt / Land Initiative Voting Results » is attached hereto as **Exhibit "H"** and incorporated herein by reference. This 1988 voting was and is still today valid.

37. The victims of this anti-constitutional and constitutional policy, which now complain, are, according to the Art. 59 GG i.V.m. the first Additional Protocol, and the Swiss Federal Constitution, Art. 146, to the full extent and generously. This has to be retroactive for the last 27 years. The loss of status and quality of life for such a long time, which is more than half the average working life, together with a de facto ban on the occupation of people in the construction and real estate sector (loss the Triple AAA rating, debt and creditworthiness and **e.g. still aim oft the criminal political intrigue),** clearly indicates a generous compensation.

    a) The « **SWISS CONSTITUTION Document** »   is attached hereto as **Exhibit "I"** and incorporated herein by reference. All losses were clear special, consequential damages.

38. The ZKB-statebank was also involved in this political conspiracy and then in the expropriation of the villa by the lake of Zürich at CH-8802 Kilchberg / ZH, Seestrasse 141 « Villa Maria ».

    a) Swiss Banks have large rights departments, with a lot of top trained lawyers, who knew already the 06.10.1989, that this decree over night, was a severe constitutional break.

    b) Instead of attacking the 7x criminal politicians in Bern, they destroyed and pursued very brutal and merciless their own customers (4x families). That's way all Swiss Banks stands for it **e.g. EBK/FINMA (supervisor),** which acted at that time so unlawfully and heartless.

39. In addition, we and the public shareholders of State Kt. ZH ZKB (privates and canton ZH) were betrayed by about 9 million CHF by solding after the villa then for only 3 million CHF, the real value this time was 12 million CHF, so much too cheap under the hand. And even in an illegal auction e.g. against the wrong old owner, because the villa had been sold 14 days before this criminal ZKB auction. In the land register stood the new owner according to judges OG/ZH.

11

a) The « **Lakeside-Villa Land Register Document** » is attached hereto as **Exhibit "K"** and incorporated herein by reference. Remark: today unaffordable and no more to be found.

40. Why do we complain now ? 27 years later ? As a party on the 17th of may 2016 I received also a « Betreibung » from the UBS bank over the amount of « 1'059'383.40 CHF » for old debts, resulting from losses due to the auctions in the 90is, **also for interrupt the limitation dead line end of 2016 for the UBS-bank,** we decided to go against the guilty and responsible of these losses, the 28 Defendants. Because of a unconstitutional and criminal conspiracy.

a) The « **UBS-bank Betreibung Document** » for the amount of « 1'059'383.40 CHF » Ref. No. 16000180, dated 17.05.2016, from **UBS-bank Switzerland,** F1GG-VRL, P.O. BOX, CH-8098 Zürich / ZH is attached hereto as **Exhibit "F"** and incorporated herein by reference.

41. The following 27 years of ongoing stress, frustration and disappointment was that I suffered on 14.11.2015 evening 18.00 PM a heart attack with 10 minutes heart failure. **I was 10 minutes clinically dead.** The cardiologists said I was incredibly lucky because only 4% (for %) survived this. I survived even without any mental or physical harm. The survival so is 1%.

a) The « **Austrittsbericht Document** » from 12.02.2015 e.g. see the 10 Minutes reanimation (CPR-Hospital) is attached hereto as Exhibit "L" and incorporated herein by reference.

WHEREFORE, the Plaintiffs Giuliano Stefano Giovanni WILDHABER et. al respectfully demand money judgment for « compensatory damage » **of realy lost assets up 1989 $7260M = are more then a value of 1.50B$ today,** adjusted for 27 years inflation + 5% interest p.a. up 12.01.2016. With this procedure « Betreibung », we were able to interrupt the 20 years Swiss time limitation dead line correctly by the formalism Swiss statute rules. Up the new limitation law from 1997 after 20 years we had to interrupt with a «Betreibung». So the 300M$ as a basic 1989 legal title (cold expropriation) is now thus still valid.

The family house prices in Switzerland rose only the last 15 boom years by 100%, so 1x 726M$ real value 1989 or 2x-3x the 600M$ basics 2017 in addition for « punitive damage » is correct calculated.

Resulting from heavy BREAK of the covenant of good faith, oft the respect to families and good citizens and fair dealing and of National Swiss and International and also United States of America Law. Plaintiff brings this action as a class action pursuant to Federal Rule of Civil Procedure 23.

Regarding **Count FOR THE BROWARD COUNTY COURTHOUSE OF FLORIDA,** Plaintiffs demands a trial by jury on all issues triable by a jury.

**VERIFICATION AND CERTIFICATION**

I, Giuliano Stefano Giovanni WILDHABER born june 04, 1952, Swiss Citizen (from Flums at Lütisburg), married, 3 children, retired, declare that I have reviewed the foregoing Verfied Class Action and Complaint and authorize its filing. In know those alligations to be true because also among other things I was one of the 19 victims and I have for that reason personal knowledge and even all proofs.

Giuliano WILDHABER et. al vs. 7x „Private Actors" of the 1989 SWISS-Gov + ZKB- + UBS-bank + et. al

Dated: **November 02, 2017**          Respectfully submitted by,


GIULIANO STEFANO GIOVANNI **WILDHABER** et. al
Attached hereto as **Exhibit « M »** certified Swiss-
passport Plaintiffs
CH-9606 Bütschwil SG, P.O. Box 118
Phone: 0041 76 690 12 13 (WhatsApp = Free Call)
Email: g.wildhaber@gmx.ch


Signed at a Swiss Public Notary (« N ») BY:

CHE Passeport Copy No.: X4842784          Giuliano Stefano Giovanni WILDHABER


**Distributor: -     Eidg. Finanzverwaltung EVF**, Bundesgasse 3, CH-3000 Bern BE

-     **ZKB** (ZUERCHER KANTONAL-BANK) - Bahnhofstrasse 9, CH-8010 Zürich ZH

-     **UBS Bank** (Rechtsabteilung / Right section) F1GG-VRL, P.O. BOX, CH-8098 Zürich ZH

-     **CS Bank** (Credit Suisse AG) - Bahnhofstrasse 32, CH-8001 Zürich / ZH

-     **VSKB - Verein Schweizerischer Kantonalbanken**, Wallstrasse 8., PF, 4002 Basel BS


#### DEUTSCHSCHWEIZ:

-     **Aargauische Kantonalbank**, Bahnhofplatz 1, CH-5001 Aarau / AG,
      Tel. +41 62 835 77 77, www.akb.ch

-     **Appenzeller Kantonalbank**, Bankgasse 2, Postfach, CH-9050 Appenzell / AI,
      Tel. +41 71 788 88 88. www.appkb.ch

-     **Basellandschaftliche Kantonalbank**, Rheinstrasse 7, CH-4410 Liestal / BL,
      Tel. +41 61 925 94 94, www.blkb.ch
-     **Basler Kantonalbank**, Aeschenvorstadt 41, Postfach, CH-4002 Basel
      Tel. +41 61 266 33 33, www.bkb.ch

-     **Berner Kantonalbank**, Bundesplatz 8, CH-3011 Bern / BE
      Tel. +41 31 666 18 80, www.bekb.ch

-     **Glarner Kantonalbank**, Hauptstrasse 21, CH-8750 Glarus / GL
      Tel. +41 844 77 37 73, www.glkb.ch

13

- **Graubündner Kantonalbank**, Postplatz, Postfach, CH-7001 Chur / GR
  Tel. +41 81 256 96 01, www.gkb.ch

- **Luzerner Kantonalbank**, Pilatusstrasse 12, Postfach, CH-6002 Luzern / LU
  Tel. 0844 822 811, www.lukb.ch

- **Nidwaldner Kantonalbank**, Stansstaderstrasse 54, CH-6370 Stans / NW
  Tel. +41 41 619 22 22, www.nkb.ch

- **Obwaldner Kantonalbank**, Rütistrasse 8, Postfach, CH-6061 Sarnen / OW
  Tel. +41 41 666 22 11, www.owkb.ch

- **Schaffhauser Kantonalbank**, Vorstadt 53, CH-8201 Schaffhausen / SH
  Tel. +41 52 635 22 22, www.shkb.ch

- **Schwyzer Kantonalbank**, Bahnhofstrasse 3, Postfach 263, CH-6431 Schwyz / SZ
  Tel. +41 58 800 20 20, www.szkb.ch , www.e-hypo.ch

- **St. Galler Kantonalbank**, St. Leonhardstrasse 25, CH-9001 St. Gallen / SG
  Tel. 0844 811 811, www.sgkb.ch

- **Thurgauer Kantonalbank**, Bankplatz 1, Postfach, CH-8570 Weinfelden / TG
  Tel. 0848 111 444, www.tkb.ch

- **Urner Kantonalbank**, Bahnhofstrasse 1, CH-6460 Altdorf / UR
  Tel. +41 41 875 60 00, www.ukb.ch

- **Banque Cantonale du Valais**, Place des Cèdres 8, CH-1951 Sion / VS
  Tel. 0848 952 952 (D) + Tel. 0848 765 765 (F), www.bcvs.ch

- **Banque Cantonale de Fribourg**, Boulevard de Pérolles 1, CH-1701 Freiburg / FR
  Tel. 0848 352 352, www.bcf.ch

- **Zuger Kantonalbank**, Bahnhofstrasse 1, Postfach, CH-6301 Zug / ZG
  Tel. +41 41 709 11 11, www.zugerkb.ch


SUISSE ROMAND:

- **Banque Cantonale de Genève**, Quai de l'Ile 17, CP 2251, CH-1211 Genève 2 / GE
  Tel. +41 58 211 21 00, www.bcge.ch
- **Banque Cantonale du Jura**, Rue de la Chaumont 10, CH-2900 Porrentruy / JU
  Tel. +41 32 465 13 01, www.bcj.ch

- **Banque Cantonale Neuchâteloise**, Place Pury 4, CH-2001 Neuchâtel / NE
  Tel. +41 32 723 61 11, www.bcn.ch

- **Banque Cantonale Vaudoise**, Case postale 300, 1001 Lausanne / VD
  Tel. 0844 228 228, www.bcv.ch

14

SVIZZERA ITALIANA + UPPER SUPERVISORY OF THE CH-FINACIAL SECTOR (1989-2017):

- **Banca Dello Stato del Cantone Ticino**, Viale H. Guisan 5, CH-6500 Bellinzona / TI
  Tel. +41 91 803 71 11, www.bancastato.ch

- **EBK–Eidgenoessische Bankenkommission (FINMA)**, Laupenstrasse 27, CH-3003 Bern /
  BE, Tel. +41 31 327 91 00, www.finma.ch = Upper supervisory = They also had (1989)
  and have (2017) to keep the SWISS Constitution as independent controler

## TO THE SUIT

Summary of all attached hereto as **Exhibits** and incorporated herein by reference:

01. « **Adresses**» : All 28 adresses from all Defendants in this complaint as **Exhibit "A"**;

02. « **GSW Legal Opinion** » , who is attached hereto as **Exhibit "B"** ;

03. « **Lost assets list** » of W. B. Constructions 480M$ = 1989 as **Exhibit "C"**

04. « **Curriculum vitae Documents** » , who is attached hereto as **Exhibit "D"** ;

05. « **Lost Assets Documents** » , who is attached hereto as **Exhibit "E"** ;

06. « **300 M$ Betreibung Document + UBS-Betreibung 1.06M$** » , who is attached hereto as
    **Exhibit "F"** ;

07. « **Aliens Tort Claim Act** » legal opinion, who is attached hereto as **Exhibit "G"** ;

08. « **Stadt / Land Initiative Voting Results** » , who  is attached hereto as **Exhibit "H"** ;

09. « **SWISS CONSTITUTION Document** » , who is attached hereto as **Exhibit "I"** ;

10. « **Lakeside-Villa Land Register Document** » , who is attached hereto as **Exhibit "K"** ;

11. « **Austrittsbericht Document** » , who is attached hereto as Exhibit **"L"** ;

12. « **VERIFICATION AND CERTIFICATION** » , Giuliano Stefano Giovanni WILDHABER, Signed at a
    Swiss Public Notary, who is attched hetero as **Exhibit "N"** ;

13. « **Sperrfristenbeschluss from 06.10.1989** » from the „official Swiss Gov. data base" at
    CH-3003 Bern / BE:

    https://www.admin.ch/opc/de/classified-compilation/19890193/index.html

    as **Exhibit "O"** ;

14. « Download of the Files », of **01. Exhibit "A"** and **07. Exhibit "G"** and **08. Exhibit "H"** and **09. Exhibit "I"** in this COMPLAINT – CLASS ACTION is online possible at any time under :

   a)  https://www.gsw-global-consult.com/biggest-fraud-ever/

       **1. CH-Constitution**      **2. Voting 4.12.1988**      **3. Decree 6.10.1989** (3 PDF Files)

       https://www.gsw-global-consult.com/atca-aliens-tort-claim-act/

       **US - Aliens Tort Claim Act (1 PDF-File)**

16

- **Graubündner Kantonalbank**, Postplatz, Postfach, CH-7001 Chur / GR
  Tel. +41 81 256 96 01, www.gkb.ch

- **Luzerner Kantonalbank**, Pilatusstrasse 12, Postfach, CH-6002 Luzern / LU
  Tel. 0844 822 811, www.lukb.ch

- **Nidwaldner Kantonalbank**, Stansstaderstrasse 54, CH-6370 Stans / NW
  Tel. +41 41 619 22 22, www.nkb.ch

- **Obwaldner Kantonalbank**, Rütistrasse 8, Postfach, CH-6061 Sarnen / OW
  Tel. +41 41 666 22 11, www.owkb.ch

- **Schaffhauser Kantonalbank**, Vorstadt 53, CH-8201 Schaffhausen / SH
  Tel. +41 52 635 22 22, www.shkb.ch

- **Schwyzer Kantonalbank**, Bahnhofstrasse 3, Postfach 263, CH-6431 Schwyz / SZ
  Tel. +41 58 800 20 20, www.szkb.ch , www.e-hypo.ch

- **St. Galler Kantonalbank**, St. Leonhardstrasse 25, CH-9001 St. Gallen / SG
  Tel. 0844 811 811, www.sgkb.ch

- **Thurgauer Kantonalbank**, Bankplatz 1, Postfach, CH-8570 Weinfelden / TG
  Tel. 0848 111 444, www.tkb.ch

- **Urner Kantonalbank**, Bahnhofstrasse 1, CH-6460 Altdorf / UR
  Tel. +41 41 875 60 00, www.ukb.ch

- **Banque Cantonale du Valais**, Place des Cèdres 8, CH-1951 Sion / VS
  Tel. 0848 952 952 (D) + Tel. 0848 765 765 (F), www.bcvs.ch

- **Banque Cantonale de Fribourg**, Boulevard de Pérolles 1, CH-1701 Freiburg / FR
  Tel. 0848 352 352, www.bcf.ch

- **Zuger Kantonalbank**, Bahnhofstrasse 1, Postfach, CH-6301 Zug / ZG
  Tel. +41 41 709 11 11, www.zugerkb.ch


SUISSE ROMAND:

- **Banque Cantonale de Genève**, Quai de l'Ile 17, CP 2251, CH-1211 Genève 2 / GE
  Tel. +41 58 211 21 00, www.bcge.ch
- **Banque Cantonale du Jura**, Rue de la Chaumont 10, CH-2900 Porrentruy / JU
  Tel. +41 32 465 13 01, www.bcj.ch

- **Banque Cantonale Neuchâteloise**, Place Pury 4, CH-2001 Neuchâtel / NE
  Tel. +41 32 723 61 11, www.bcn.ch

- **Banque Cantonale Vaudoise**, Case postale 300, 1001 Lausanne / VD
  Tel. 0844 228 228, www.bcv.ch

SVIZZERA ITALIANA + UPPER SUPERVISORY OF THE CH-FINACIAL SECTOR (1989-2017):

- **Banca Dello Stato del Cantone Ticino**, Viale H. Guisan 5, CH-6500 Bellinzona / TI
  Tel. +41 91 803 71 11, www.bancastato.ch

- **EBK–Eidgenoessische Bankenkommission (FINMA)**, Laupenstrasse 27, CH-3003 Bern /
  BE, Tel. +41 31 327 91 00, www.finma.ch = Upper supervisory = They also had (1989)
  and have (2017) to keep the SWISS Constitution as independent controler

## TO THE SUIT

Summary of all attached hereto as **Exhibits** and incorporated herein by reference:

01. « **Adresses** » : All 28 adresses from all Defendants in this complaint as **Exhibit "A"**;

02. « **GSW Legal Opinion** », who is attached hereto as **Exhibit "B"** ;

03. « **Lost assets list** » of W. B. Constructions 480M$ = 1989 as **Exhibit "C"**

04. « **Curriculum vitae Documents** », who is attached hereto as **Exhibit "D"** ;

05. « **Lost Assets Documents** », who is attached hereto as **Exhibit "E"** ;

06. « **300 M$ Betreibung Document + UBS-Betreibung 1.06M$** », who is attached hereto as
    **Exhibit "F"** ;

07. « **Aliens Tort Claim Act** » legal opinion, who is attached hereto as **Exhibit "G"** ;

08. « **Stadt / Land Initiative Voting Results** », who is attached hereto as **Exhibit "H"** ;

09. « **SWISS CONSTITUTION Document** », who is attached hereto as **Exhibit "I"** ;

10. « **Lakeside-Villa Land Register Document** », who is attached hereto as **Exhibit "K"** ;

11. « **Austrittsbericht Document** », who is attached hereto as Exhibit **"L"** ;

12. « **VERIFICATION AND CERTIFICATION** », Giuliano Stefano Giovanni WILDHABER, Signed at a
    Swiss Public Notary, who is attched hetero as **Exhibit "N"** ;

13. « **Sperrfristenbeschluss from 06.10.1989** » from the „official Swiss Gov. data base" at
    CH-3003 Bern / BE:

    https://www.admin.ch/opc/de/classified-compilation/19890193/index.html

    as **Exhibit "O"** ;

15

14. « Download of the Files », of **01. Exhibit "A"** and **07. Exhibit "G"** and **08. Exhibit "H"** and **09. Exhibit "I"** in this COMPLAINT – CLASS ACTION is online possible at any time under :

    a) https://www.gsw-global-consult.com/biggest-fraud-ever/

      **1. CH-Constitution**      **2. Voting 4.12.1988**      **3. Decree 6.10.1989** (3 PDF Files)

      https://www.gsw-global-consult.com/atca-aliens-tort-claim-act/

      **US - Aliens Tort Claim Act (1 PDF-File)**



02.12.17 08:15
CH - 9606
Bütschwil

9040 pro clima

R
Recommandé 98.00.960600   02301288

0.319 kg

DIE POST

Einschreiben
Eidg. Finanzdepartement
Rechtsdienst
Lic. Gur. Lukas Noch
Bundesgane 3
3003 Bern