CASE NO:  17-CIV-62542-BB

Giuliano Stefano Giovanni Wildhaber

**Plaintiff.**

vs.

Aargauische Kantonalbank
Appenzeller Kantonalbank
    01.  And **Banca Dello Stato del Cantone Ticino** (primary party) = Failed to react into deadline !
Banque Cantonale de Fribourg
Banque Cantonale de Genève
    02.  And **Banque Cantonale du Jura** (primary party) = Failed to react into deadline !
Banque Cantonale du Valais
    03.  And **Banque Cantonale Neuchâteloise** (primary party) = Failed to react into deadline !
Banque Cantonale Vaudoise
Basellandschaftliche Kantonalbank
Basler Kantonalbank
Berner Kantonalbank
Credit Suisse AG (CS Bank)
    04.  And **EBK–Eidg. Bankenkommission (FINMA)** = (primary party) = Failed to react into deadline.
    05.  **Eidg. Finanzverwaltung – EFV** = (on behalf of 7x privat actors) = Failed to react into deadline.
Glarner Kantonalbank
Graubündner Kantonalbank
Luzerner Kantonalbank
Nidwaldner Kantonalbank
Obwaldner Kantonalbank
    06.  And **Schaffhauser Kantonalbank** = (primary party) = Failed = No any reaction into deadline !
Schwyzer Kantonalbank
St. Galler Kantonalbank
Thurgauer Kantonalbank
    07.  And **UBS Bank (UBS AG)** = (primary party) = Failed to react into deadline (33 ds no reaction)!
Urner Kantonalbank
ZKB Bank (ZUERCHER KANTONALBANK)
Zuger Kantonalbank

**Defendants.**
_____ /

IN  THE  UNITED  STATES  DISTRICT COURT  SOUTHERN  DISTRICT  OF FLORIDA

**CASE NO:  17-CIV-62542-BB**

<u>1X  PLAINTIFFS' RESPONSE TO 1X LAW-FIRM (ADAM SCHWARTZ) OF ONLY 1X PART (21x REMAINING DEFENDANTS') TO MY MOTION TO REMANS</u>

I.          **BACKGROUND**

01.      On November 6, 2017 Plaintiff Giuliano Stefano Giovanni Wildhaber filed his Complaint.

02.      On or about November 29 and 30, 2017, all 28x Defendants each received a copy of Plaintiffs' Complaint in the mail at their offices in Switzerland. Plaintiff's 28x mailing (see all other 21x + 5x

1

reactions as proofs) was properly effect service of process on Defendants under Swiss- and EU-Law (§ 183 ZPO – « EINSCHREIBEN with signed Rückschein »)  & also under International Law (ATS/ATCA).

03.	Very important: All this 28x SUMMONS had been first issued from the CLERK OF THE BROWARD COUNTY COURT to the US-Fla. Human Rights Defenders Inc. (HRDs Inc. = US-Fla. Register Nr.: P15000084205). Every US-Florida Court has the right to issue such 28x SUMMONS to a US-Florida Company e.g. registrated in US-Florida. Until here nobody has done something wrong.

04.	Then the US-Fla. HRDs Inc. gave the order to the CH-HRDs Association to serve this 28x SUMMONS in Switzerland. The 3x HRDs is a group with the 3x same names and the one hundred percent 3x same interests. Important: In all this 3x HRDs I am the only signed CEO. In Switzerland, we have freedom of trade and contract. Again: Until here also nobody has done something wrong. On the contrary: All 28x SUMMONS were correctly delivered because of this special approach and the 3x HRDs companies construct. So all was done 100% under the Hague Convention Rules.

05.	ATS / ATCA (Aliens Tort Claim Act): Then its also very important to understand, that I sue under ATS / ATCA. That meen's that a) all crime scenes was in Switzerland and b) that we are all one hundred percent CH-aliens and c) stay all in Switzerland. The 1x Plaintiff and all the 28x Defendants.

06.	I beg your pardon: To a Swiss Citizen it will always be allowed to send to another Swiss Citizen or Swiss Company documents in Switzerland. Everything else are lazy excuses for not face the truth on the Court and only good to waste time. No is finished with: « No Claim, No Judge » ! Afraid ? Yes ! Sure ! Otherwise I can not explain this fear of the defendants of a public process with a Jury.

07.	US Supreme Court finds that Hague Service Convention does not prohibit service of process by mail in US lawsuits.

In Water Splash, Inc v Menon, the US Supreme Court examined the question of whether the Hague Service Convention prohibits service of process by mail on non-US parties sued in US cases. The US Supreme Court unanimously found that service by mail is permissible where: (1) the receiving state has not objected to service by mail (Swiss v Swiss); and (2) service by mail is authorised under other applicable legislation in the receiving state (see under § 183 ZPO – valid under Swiss- & EU-Law)

Key points

  - The US Supreme Court judgment has made it easier for US plaintiffs to serve non-US corporations in many non-US jurisdictions.

  - Companies located outside the US should be mindful of whether their jurisdiction has objected to service by mail during the negotiation of the Hague Service Convention, or whether such service is authorised under legislation or court rules in their jurisdiction.

## II.	ARGUMENT

### A. The Defendants' (Adam Schwartz) Removal Failed One Hundred Percent

1X  PLAINTIFFS' RESPONSE TO 1X LAW-FIRM (ADAM SCHWARTZ) OF ONLY 1X PART (21 REMAINING)

CASE NO:  17-CIV-62542-BB

08.     Federal Court: First he (Adam Schwartz) never made the Removal for this 21x defendants himself. That's way now he missed also this deadline January 21, 2018 to do it himself. This Removal was done en behalf from Jennifer Altman (to late). Both law-firms tried to be very tricky. But Jennifer Altman missed the deadline to as 1. step  RESPOND correct to the State Court and then to as 2. step make the REMOVAL. She had to do the 1. step (RESPOND to the State Court) that latest on the December 19 or 20, 2017 and that (see the remedies in the SUMMONS) absolutely first at the State Court. But not on December 21, 2017 directly at the Federal Court. She was not allowed to bypass the State Court and that even to late. When I go 1 day to late to the Airport then I miss my flight too.

09.     State Court: Adam Schwartz made a first Notic of apperance, that he defends 21x parties and this 21x parties are still into the deadline but only at the State Court. But the REMOVAL he should do himself with deadline January 21, 2018 because J. Altman failed to do that correct. So he failed to do that himself ! And without show me (see the Order with deadline January 30, 2018) untli now the real 24x original power of attorney. Why I want see them ? Otherwise tomorrow somebody can claim that he defends the President of  the USA or the Pope in Rome just as an example. Then some days later A.S. realised, that he had forgotten (with one hundred percent proofs) 3x parties ! This 3x parties then he tride to smuggle in the new Federal Court Case in this Removal in (very) bad faith.

10.     State Court and Federal Court: That meen's that this/his 3x Adam Schwartz parties: 1. Banca Dello Stato del Cantone Ticino + 2. Banque Cantonale du Jura + 3. Banque Cantonale Neuchâteloise failed to react into the deadline of 20 days at the State Court like it was written in the 28x SUMMONS crystal clear. Adam Schwartz forgot them ? Or he had not yet this 3x power of attorney. I dont know. That's why Adam Schwartz should stop pretending that this 3x very bad mistakes did not happen to him. This 3x Adam Schwartz defendants are now definitely out of the race. Adam Schwartz should finally accept that !

**B. The Other Defendants' (J. Altman + UBS + SH-KB) Failed Also One Hundred Percent**

11.     The 28x SUMMONS Text: Each Defendant is required to serve written defenses to the complaint or petition on Giuliano Stefano Wildhaber, P.O. Box 118 (Postfach 118), CH-9606 Bütschwil SG, within 20 days after service of this summons on that Defendant, exclusive of the day of service, and to file the original of the defenses with the Clerk of this Court, Broward County Courthouses, 100 north pine island road, Plantation (Broward County, Florida) 33324 (USA), either before service on Plaintiffs' or immediately thereafter with 10 days. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the complaint or petition.

12.     Nowhere it is/was written that the EBK-Finma and the EFV (Jennifer Altman) do not have to comply with these crystal clear remedies:

   a)   within 20 days after service of this summons on that Defendant and ….
   b)   to file the original of the defenses with the Clerk of this Court, Broward County Courthouses.

13.     About the UBS and Schaffhauser Kantonalbank we dont have to talk even one word. From the SH-KB I never heard anything. And the UBS missed the 20 days deadline already December 20, 2017 at the State Court and even the 30 days at the Federal Court December 30, 2017. In January 18, 2018 I heard the first time from this UBS. So both defendants failed one hundred percent everything.

CASE NO: 17-CIV-62542-BB

All 28x defendants had been served formally 100% correct. I can proof all with 28x signed Swiss „Rückschein" and 28x „Tracking" and 28x „Post Receipts". But that's also not the problem of Adam Schwartz (because he has no mandate), but only of UBS and Schaffhauser Kantonalbank. And I never sue a foreign state ! Adam Schwartz should ask that Ms. Altman. I sue privat actors and banks.

And again: In the Swiss Direct Democracy (unique in the World) the Citizen & Voter is the Sovereign. What he votes is 100% legal binding (s. CONSTITUTION). And not the 24x clients and defendants.

### C. Summary Of the Results and Balance Sheet

It is legally proven that this 7x defendants missed one hundred percent the REMOVAL deadlines:

1. UBS (UBS Bank AG) = 100% out of the race
2. Schaffhauser Kantonalbank = 100% out of the race
3. EBK – Finma = Jennifer Altman defendant = 100% out of the race
4. EFV = Jennifer Altman defendant = 100% out oft he race
5. Banca Dello Stato del Cantone Ticino = Adam Schwartz defendant = 100% out of the race
6. Banque Cantonale du Jura = Adam Schwartz defendant = 100% out of the race
7. Banque Cantonale Neuchâteloise = Adam Schwartz defendant = 100% out of t he race

Florida Supreme Court on Default Judgments: « You Snooze, You Lose » March 31, 2016 in Santiago v. Mauna Loa Investments, LLC. Failing to timely respond to a complaint can be an extremely costly mistake. That's exactly what happened now to both law-firms and the UBS and Schaffhauser-KB.

### III.     CONCLUSION

14.     Cases that originate in a State Court and are improperly removed to a Federal Court may be sent back to the State Court where they started. Under CAFA, every of the 28x defendants must agree to remove; otherwise, the plaintiff or non-removing defendants can request remand for failure to satisfy the « RULE OF UNANIMITY ». Where there are multiple defendants, each one of them must join or consent in the removal notice. Since the turn of the 20th century, in the case of Chicago, Rock Island & Pacific Ry. Co. v. Martin, 178 U.S. 245 (1900), the federal courts have imposed this «UNANIMITY RULE» to require some form of positive affirmation on the part of each defendant stating that it consents to the lawsuit being removed. That's way thus removal is lost now.

15.     In addition, a party who successfully remands a case may seek recovery of its costs and attorneys' fees. Section 1447(c) of Title 28 states: « An order remanding the case may require payment of just costs and any actual expenses, including attorney fees, incurred as a result of the removal », a provision which, on its face, gives the district court complete discretion in determining whether such an award is appropriate. Actually I am working « day and night » and I have severe sleep disturbances because of the big stress and the time difference (s. 2015: 10 mins clinically dead).

16.     Recovery of ist costs and any actual expenses = I am a Legal Advisor in Switzerland for already 25 years and now PRO SE litigant. I do the same like an attorney in Switzerland and US-Florida. My time is also precious. There is no law that I have to work for free for Adam Schwartz & Co. In this fees (39'200 USD) I didn't calculate the travel to Florida. Then we speak from other 15'000 USD US-Fla. only travel-costs. But $39'200 or what the Hon. Judge Beth Bloom decides is OK for me.

4

CASE NO:  17-CIV-62542-BB

Only nothing would not be fair. For free is not even the death. For the aforementioned reasons, the Court should remand the case back to the State Court where I have the same legal weapons and where I started the trial. This motion is made in good faith and not for purposes of delay. The relief requested herein is supported by good cause and will not prejudice the Court or the parties.

WHEREFORE, the Plaintiff respectfully request that the Court grant his motion to remove the case back to the State Court and that the defendants pay only some of my costs and fees (without the Florida trip now).

Date: February 5, 2018.                              Respectfully submitted:

                                                     Giuliano Stefano Giovanni Wildhaber Plaintiff

By:      s/ Giuliano Stefano Giovanni Wildhabers/       SIGNED TODAY AT THE CLERK COURT

                                                     _____

CH-9606 Bütschwil - P.O. Box 118
Phone: +41 76 690 12 13
Email: g.wildhaber@gmx.ch
www.gsw-global-consult.com = All informations about my legal arguments for download !

### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing was filed via the e-portal on this 5th day of February, 2018, and pursuant to Florida Rule of Judicial Administration 2.516(b)(1) served upon Defendants via email to the following law-firm several email addresses:

Cc:      Counsel of Record

Defendants: Adam Schwartz =              **The ex attorney ? fort he Original Bank Defendants:**

                                         Where are all claimed 24 Original Power of attorney?

                                         **What was the 21x mandatory transition from Adam Schwartz to Jonathan S. Schwartz ?**

        YAdar@homerbonner.com
        kjacobs@homerbonner.com
        jgonzalez-valdes@homerbonner.com

                                                                                          5
1X  PLAINTIFFS' RESPONSE TO 1X LAW-FIRM (ADAM SCHWARTZ) OF ONLY 1X PART (21 REMAINING)

CASE NO:  17-CIV-62542-BB

aschwartz@homerbonner.com
Defendants: Jennifer Altman
jennifer.altman@pillsburylaw.com
stephan.becker@pillsburylaw.com
aryeh.kaplan@pillsburylaw.com
shani.rivaux@pillsburylaw.com

Defendants: Charles Gillman
cgilman@cahill.com
troy@cahill.com
itorres@cahill.com

Defendants: Jonathan S. Schwartz =    The new attorney for the Original Bank Defendants:

**But only for a short time = Notice of Withdrawal DE72 January 30, 2018**

**The new Lawyer Jonathan S. Schwartz terminated this « Mission Impossible » already January 30, 2018**

Plaintiff: Giuliano Stefano Giovann Wildhaber
g.wildhaber@gmx.ch
human-rights-defenders@gmx.ch
gsw-investigativ-tv@gmx.ch

By:_____s/ Giuliano Stefano Giovanni Wildhabers/

6
1X  PLAINTIFFS' RESPONSE TO 1X LAW-FIRM (ADAM SCHWARTZ) OF ONLY 1X PART (21 REMAINING)